UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERESA LATHROP,<br><br>             Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>             Defendant. | No.   CV-12-3030-EFS<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART** (remand) and denied as moot in part (remainder).  The Commissioner's Motion for Summary Judgment is **DENIED.**  The matter is **REMANDED** to ALJ R. J. Payne for additional proceedings.  Judgment is entered for Plaintiff.

DATED:  December 2, 2013

                              SEAN F. McAVOY
                              Clerk of Court

                              By: *s/Penny Lamb*
                                    Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**